**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **ISA DUZAEV,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-761-KC** |
| | § | |
| **WARDEN ERO EL PASO CAMP** | § | |
| **EAST MONTANA et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**<u>ORDER</u>**

On this day, the Court considered the case. On March 17, 2026, Isa Duzaev filed a Petition for Writ of Habeas Corpus ("Petition"), ECF No. 1. Duzaev challenged his detention as unlawful and asked the Court to order his release or a bond hearing. *Id.* ¶¶ 6, 13, 15. The Court ordered Respondents to show cause why the Petition should not be granted. Mar. 18, 2026, Order 3, ECF No. 2.

Respondents now inform the Court that Duzaev was removed from the United States to Russia on March 28. Advisory, ECF No. 5; *see id.* Ex. A ("Decl. Vennesa Martinez") ¶ 19, ECF No. 5-1.

"[W]here an [immigration detainee] is granted the relief he requests, no 'case or controversy' remains" and thus the habeas petition is rendered moot. *Virani v. Huron*, No. 5:19-cv-499-ESC, 2020 WL 7405655, at *3 (W.D. Tex. Dec. 17, 2020) (quoting *Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988)). Because Duzaev has now been released from custody the Petition is moot. *See Ortez*, 845 F.2d at 575.

Accordingly, the Court **ORDERS** that the Petition is **DISMISSED** as moot. To the extent Duzaev wishes to seek additional relief from the Court, he may file a motion to reopen.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 6th day of April, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE